Pamela Salgado, WSBA #22741
E-Mail: pam.salgado@bullivant.com
Brian K. Keeley, WSBA #32121
E-Mail: brian.keeley@bullivant.com
Bullivant Houser Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930
Facsimile: 206.386.5130

Angelina LaPenotiere,
   State Bar No. 24007530
Mike Birrer
   State Bar No. 00783662
Alexis Young
   State Bar No. 240565s74
Attorneys for Defendant Cottonwood
Financial Washington, LLC and
Cottonwood Financial, Ltd.
CARRINGTON COLEMAN
SLOMAN & BLUMENTHAL,
L.L.P.
901 Main Street, Suite 5500
Dallas, Texas 75202
Telephone: (214) 855-3000
Fax: (214) 758-3797
E-mail: alapenot@ccsb.com
E-mail: mbirrer@ccsb.com
E-mail: ayoung@ccsb.com

Attorneys for Defendants Cottonwood
Financial Washington, LLC and
Cottonwood Financial, Ltd.

THE HONORABLE EDWARD F. SHEA

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

AND

SEAN REILLY,

    Plaintiff Intervenor,

v.

AND

No.: CV-09-5073-EFS

[~~PROPOSED~~] SUPPLEMENTAL PROTECTIVE ORDER

[~~PROPOSED~~] SUPPLEMENTAL PROTECTIVE ORDER
(CV 09-5073-EFS)
Page 1

COTTONWOOD FINANCIAL, LTD.,

Defendants.

## I. SUPPLEMENTAL PROTECTIVE ORDER

1. **Scope and Purpose of this Order:** This Supplemental Protective Order shall supplement the definition of "Confidential Material" contained in the parties' current Protective Order (hereinafter "Protective Order") in this case signed by the Honorable Edward F. Shea on July 2, 2010. The parties shall include a copy of this Supplemental Protective Order along with the Protective Order when obtaining the certification required pursuant to Paragraph 7.b. of the Protective Order. This Supplemental Protective Order does not affect any other provision of the parties' Protective Order nor any party's obligations under the Federal Rules of Civil Procedure to produce documents as required by the rules of discovery or an order of the Court.

2. **"Confidential Material" includes:**

    a. Personnel records pertaining to any current or former employee of Defendant Cottonwood Financial, Ltd. or Defendant Cottonwood Financial Washington, LLC (hereafter, "Cottonwood") that contain personal, payroll or financial information, e.g., document nos. [CONFIDENTIAL] Cottonwood-Reilly 00747-00790. Good cause exists to protect the privacy rights

of Cottonwood's current and former employees who are not parties to this litigation. These files include these individuals personal identifying information and financial account information. No public interest is served by requiring public disclosure of an individual's private and personal information in a matter in which he or she is not a party. The Court's December 2007 "Notice of Electronic Availability of Case File Information" specifically contemplates the protection of such personal information.

      b.    Cottonwood's Operations Manual, *e.g.*, document nos. [CONFIDENTIAL] Cottonwood-Reilly 00791-01057. Good cause exists to protect Cottonwood's confidential and proprietary business information, which provides it with a business advantage over its competitors. Cottonwood takes significant steps to protect this information in its daily operations, including through the use of non-disclosure and confidentiality agreements with its employees. No public interest is served by requiring Cottonwood to disclose information it strives to maintain confidential and proprietary in its business operations and which would harm its business operations if disclosed.

      c.    Medical records and healthcare information pertaining to Sean Reilly, *e.g.*, document nos.[CONFIDENTIAL] Cottonwood-Reilly 00791-01057. Good cause exists to protect the highly sensitive and private nature of Sean Reilly's medical records from nonparty access, including but not limited to the

details of treatment that he received for his Bipolar Disorder, and how that treatment affected him. No public interest is served by making these sensitive and private medical records of Sean Reilly publicly available. The Court's December 2007 "Notice of Electronic Availability of Case File Information" specifically contemplates the protection of such medical records for Sean Reilly.

   d. All non-public financial information pertaining to Cottonwood, including but not limited to any information pertaining to the net worth of Cottonwood. Good cause exists to protect Cottonwood's confidential financial information, the disclosure of which would provide a business advantage to its competitors. Cottonwood takes significant steps to protect this information in its daily operations, including through the use of non-disclosure and confidentiality agreements with its employees. No public interest is served by requiring Cottonwood to disclose information it strives to maintain confidential in its business operations and which would harm its business operations if disclosed.

Dated this __18th__ day of __October__, 2010.

          s/ Edward F. Shea
          THE HONORABLE EDWARD F. SHEA
          UNITED STATES DISTRICT JUDGE

Presented by:

[~~PROPOSED~~] SUPPLEMENTAL PROTECTIVE ORDER
(CV 09-5073-EFS)
Page 4