# UNITED STATES DISTRICT COURT
## Eastern District of Washington

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

                Plaintiff,

SEAN REILLY,

                Plaintiff-Intervenor,

   v.

COTTONWOOD FINANCIAL WASHINGTON, LLC;
AND COTTONWOOD FINANCIAL, LTD,

                Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-09-5073-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED 1. Judgment is entered at this time against both Defendants in Sean Reilly's favor in the amounts of $6,500 (back pay, including prejudgment interest), $50,000 (non-economic damages), and reasonable attorneys fees and costs. 2. No later than January 9, 2012, the parties may file a brief, limited to ten pages, responding to the Court's above tentative injunctive-relief reward.

December 22, 2011  
*Date*

JAMES R. LARSEN  
*Clerk*  
s/ Cheryl Switzer  
*(By) Deputy Clerk*  
Cheryl Switzer