AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

                Plaintiff,

SEAN REILLY,

                Plaintiff-Intervenor,

                v.

COTTONWOO FINANCIAL WASHINGTON, LLC, and
COTTONWOOD FINANCIAL, LTC.,

                Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-09-5073-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered against Defendants in favor of Plaintiff-Intervenor Sean Reilly in the amount of $258,018.94 for attorneys' fees and costs pursuant to the Court's order entered March 27, 2012, ECF No. 322.

March 27, 2012  
*Date*

JAMES R. LARSEN  
*Clerk*  
s/ Cora Vargas  
*(By) Deputy Clerk*  
Cora Vargas