# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

                Plaintiff,

SEAN REILLY,

                Plaintiff-Intervenor,      JUDGMENT IN A CIVIL CASE

                v.

COTTONWOO FINANCIAL WASHINGTON, LLC, and
COTTONWOOD FINANCIAL, LTC.,      CASE NUMBER: CV-09-5073-EFS

                Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered against Defendants in favor of Plaintiff Equal Employment Opportunity Commission pursuant to the Court's order entered March 27, 2012, ECF No. 322.

| | |
|---|---|
| March 27, 2012 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |